```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
SS&C TECHNOLOGIES HOLDINGS, INC. and :
ADVENT SOFTWARE, INC.,                                         :
                                                               :
                              Plaintiffs,                      :   22-CV-2009 (VEC)
                                                               :
          -against-                                            :   SCHEDULING ORDER
                                                               :
ARCESIUM LLC,                                                  :
                                                               :
                              Defendant.                       :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 11, 2022, Defendants moved to dismiss Plaintiffs' complaint, Dkt. 19;

WHEREAS on May 13, 2022, the Court entered a briefing schedule for Plaintiffs' anticipated amended complaint, Dkt. 33; and

WHEREAS on May 20, 2022, Plaintiffs filed an amended complaint.

IT IS HEREBY ORDERED that Defendants' motion to dismiss is DENIED as moot. The Court directs the parties to docket entry 33 for the remaining briefing deadlines. The Clerk of Court is respectfully directed to terminate the open motion at docket entry 19.

**SO ORDERED.**

Date:  May 23, 2022
       New York, NY

                                           _____
                                           **VALERIE CAPRONI
                                           United States District Judge**