**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
SS&C TECHNOLOGIES HOLDINGS, INC., et al., :
:
            Plaintiffs, :        22-CV-2009 (VEC) (OTW)
:
            -against- :
:        **ORDER**
ARCESIUM LLC, :
:
            Defendant. :
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed ECF Nos. 82 and 83. The Court will hold an in-person status conference in this matter on **Tuesday, October 18, 2022, at 12:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties shall meet and confer in advance of the conference to resolve as many of their discovery disputes as possible without Court intervention. Counsel shall review and comply with the Court's Individual Rules of Practice in Civil Cases and submit a joint status conference agenda by **October 11, 2022**. The agenda shall outline existing discovery disputes and state the parties' proposed relief.

The Clerk of Court is respectfully directed to close ECF 82.

**SO ORDERED.**


                                                                   *s/ Ona T. Wang*
Dated: August 22, 2022                                         **Ona T. Wang**
     New York, New York                            United States Magistrate Judge