**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

SS&C TECHNOLOGIES HOLDINGS, INC., et al.,

        Plaintiffs,

        -against-

ARCESIUM LLC,

        Defendant.

------------------------------------------------------------x

22-CV-2009 (VEC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

The Court held a status conference in this matter on October 18, 2022.

Pursuant to rulings made on the record at the status conference, the parties shall submit joint discovery status letters on the last business Friday of each month, beginning **November 18, 2022**. The November 18 letter shall specifically address the issues discussed at the October 18 status conference.

The parties shall also email the Court separate *ex parte* letters (not to be exchanged with the other side and not to be filed on the docket) reporting their views on the prospects for settlement in this case. The letters shall be emailed by **5:00 p.m. on November 18, 2022**.

**SO ORDERED.**

Dated:  October 19, 2022
       New York, New York

                              *s/ Ona T. Wang*
                                **Ona T. Wang**
                        United States Magistrate Judge