USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
SS&C TECHNOLOGIES HOLDINGS, INC. and :
ADVENT SOFTWARE, INC., :
                                         Plaintiffs, :     22-CV-2009 (VEC)
                  -against- :     <u>ORDER</u>
ARCESIUM LLC, :
                                   Defendant. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a pre-trial conference was scheduled for November 18, 2022, *see* Dkt. 33; and

      WHEREAS on October 31, 2022, this case was reassigned to Judge Reif.

      IT IS HEREBY ORDERED that the pre-trial conference is CANCELLED.

**SO ORDERED.**

**Date: November 16, 2022**
**New York, NY**

                                          _____
                                          **VALERIE CAPRONI**
                                          **United States District Judge**