UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SS&C TECHNOLOGIES HOLDINGS, INC. AND ADVENT SOFTWARE INC.,**<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>**ARCESIUM LLC,**<br><br>Defendant/Counterclaim Plaintiff. | 22-CV-2009 (TMR)<br><br>**ORDER** |

Timothy M. Reif, Judge of the United States Court of International Trade:

Upon consideration of the parties' letter to the court (Doc. 100) on November 10, 2022, regarding the court's previously scheduled conference, it is hereby **ORDERED** that the pretrial conference scheduled on November 18, 2022, (Doc. 33) is cancelled.

It is further **ORDERED** that parties are granted an additional fourteen (14) days for submission of their first joint status letter to the court. The joint status letter updating the court on discovery and discovery disputes is due December 2, 2022, by 5:00 pm. Joint status reports submitted to the court must not exceed three pages.

SO ORDERED.

Dated: November 16, 2022
       New York, New York

/s/ Timothy M. Reif
Timothy M. Reif, Judge
United States Court of International Trade
*Sitting by Designation*
United States District Court for the
Southern District of New York