**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
SS&C TECHNOLOGIES HOLDINGS, INC., et al.,

           Plaintiffs,

           -against-

ARCESIUM LLC,

           Defendant.
-------------------------------------------------------------x

22-CV-2009 (TMR) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed ECF Nos. 104, 105, and 106.

The parties' joint request to redact portions of their November 18, 2022, joint status letter and to file an unredacted version of the letter under seal is **GRANTED**.

The Court is also in receipt of Defendant's request to brief the issue of whether Plaintiff should identify its alleged trade secrets with additional specificity. (*See* ECF 105 at 12). The Court adopts the following briefing schedule:

- Defendant's opening brief is due December 2, 2022, and shall be limited to **ten (10) double-spaced pages.**

- Plaintiff's opposition is due December 12, 2022, and shall be limited to **ten (10) double-spaced pages.**

- Defendant's reply is due December 19, 2022, and shall be limited to **five (5) double-spaced pages.**

The Court will hold an in-person status conference in this matter on **Thursday, January 12, 2023, at 2:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties shall submit a joint agenda in advance of the conference by January 10, 2023.

The Clerk of Court is respectfully directed to close ECF 104.

**SO ORDERED.**

Dated:  November 29, 2022
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge