**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
SS&C TECHNOLOGIES HOLDINGS, INC., et al.,

            Plaintiffs,

            -against-

ARCESIUM LLC,

            Defendant.

------------------------------------------------------------x

22-CV-2009 (TMR) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed ECF 109, the parties' joint motion to seal Defendant's memorandum of law in support of its motion to compel and accompanying declaration, and ECF 114, the parties' joint motion to seal Plaintiff's opposition to the motion to compel and its accompanying declaration.

For the reasons stated in those motions, the parties' joint applications to seal are **GRANTED**. The Clerk of Court is respectfully directed to close ECF 109 and ECF 114.

**SO ORDERED.**

Dated:  December 13, 2022
        New York, New York

                                  *s/ Ona T. Wang*
                                     **Ona T. Wang**
                              United States Magistrate Judge