**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
SS&C TECHNOLOGIES HOLDINGS, INC., et al.,  :
:
          Plaintiffs,  :      22-CV-2009 (TMR) (OTW)
:
          -against-  :      **ORDER**
:
ARCESIUM LLC,  :
:
          Defendant.  :
:
---------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court held a status conference in this matter on January 12, 2023.

Pursuant to rulings made on the record, the Court resolves the parties' outstanding discovery disputes as follows:

- Arcesium's motion to compel additional specificity regarding SS&C's alleged trade secrets (ECF 110) is **DENIED** without prejudice as to renewal.

- SS&C's request for Arcesium's ownership information is **DENIED** as premature at this time.

- The parties are directed to meet and confer over whether they may be able to exchange certain documents concerning SS&C's request for pre-2018 materials. The parties are directed to update the Court on the status of this issue in their next joint status letter.

- Arcesium's request that SS&C produce all Geneva customer contracts, including those dated 1995-2015, is **DENIED**.

The parties are directed to refer to the transcript of the January 12, 2023 status conference for greater detail on the Court's rulings.

The parties' joint letter motion to seal (ECF 122) is **GRANTED** for the reasons stated in that motion.

The Clerk of Court is respectfully directed to close ECF Nos. 110 and 122.

**SO ORDERED.**

Dated:  January 12, 2023
  New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge