**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

SS&C TECHNOLOGIES HOLDINGS, INC., et al.,

          Plaintiffs,

          -against-

ARCESIUM LLC,

          Defendant.

-----------------------------------------------------------x

22-CV-2009 (TMR) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed ECF 132.

The parties are directed to file a joint conference agenda for a proposed conference regarding the issues in ECF 32. The agenda shall not exceed 2 single-spaced pages, and shall be filed by **February 10, 2023**.

**The Court reminds the parties that per its Individual Practices, I.a., status letters to the Court are not to exceed 3 single-spaced pages in length.**

      **SO ORDERED.**

                                                                    *s/ Ona T. Wang*

Dated:  January 30, 2023                                  **Ona T. Wang**
        New York, New York                    United States Magistrate Judge