UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SS&C TECHNOLOGIES HOLDINGS, INC., <br><br>and<br><br>ADVENT SOFTWARE, INC.,<br><br> Plaintiffs,<br><br>v.<br><br>ARCESIUM LLC,<br><br> Defendant. | 22-CV-2009 (TMR)<br><br>**<u>ORDER</u>** |

<u>Timothy M. Reif, Judge, United States Court of International Trade</u>:

Upon consideration of parties' joint status letter (Doc. 139), and the pending motions cited therein, it is hereby ordered that the pending motions to seal the memoranda of law, exhibits and other materials that contain sensitive and proprietary business information and that are referred to in docket entries 39, 45, 57, 71, 77, 79 are granted.

**SO ORDERED.**

Dated: <u>  March 20, 2023  </u>
    New York, New York

<u>/s/ Timothy M. Reif</u>
Timothy M. Reif, Judge
United States Court of International Trade
*Sitting by Designation*
United States District Court for the
Southern District of New York