**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
SS&C TECHNOLOGIES HOLDINGS, INC., et al.,  :
                                           :
                Plaintiffs,                :        22-CV-2009 (TMR) (OTW)
                                           :
                -against-                  :        ORDER
                                           :
ARCESIUM LLC,                              :
                                           :
                Defendant.                 :
                                           :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

The Court held an in-person status conference in this matter on April 5, 2023 and made rulings on the record. The parties are directed to refer to the transcript of the April 5 conference for additional detail on the Court's rulings.

The Court will hold an in-person status conference on **Thursday, May 25, 2023 at 3:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

The parties shall file a joint conference agenda by May 23, 2023, outlining any existing discovery disputes and proposed relief.

**SO ORDERED.**

*s/ Ona T. Wang*

Dated: April 5, 2023　　　　　　　　　　　　　　　　　　**Ona T. Wang**
　　　　New York, New York　　　　　　　　　　　　United States Magistrate Judge