**BY ECF**  April 27, 2023

Hon. Ona T. Wang, U.S. District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED.**

Re: *SS&C Technologies Holdings, Inc. and Advent Software Inc. v. Arcesium LLC, No. 1:22-cv-02009-TMR-OTW—Letter Motion to Adjourn Conference*

Dear Judge Wang:

Due to a scheduling conflict identified following the April 5, 2023 conference, the parties respectfully request that the May 25 conference be adjourned to May 31, June 2, or June 7. Subject to the Court's availability, the parties would prefer the conference proceed on May 31.

Should none of these dates be available to the Court, counsel for the parties will make themselves available on May 25.

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen R. Fishbein | /s/ James J. Pastore |
| Stephen R. Fishbein | James J. Pastore |
| John A. Nathanson | Megan K. Bannigan |
| Christopher L. LaVigne | Wendy B. Reilly |
| Benjamin Klebanoff | Brandon Fetzer |
| SHEARMAN & STERLING LLP | DEBEVOISE & PLIMPTON LLP |
| 599 Lexington Avenue | 66 Hudson Boulevard |
| New York, NY 10022-6069 | New York, NY 10001 |
| Telephone: (212) 848-4000 | (212) 909-6000 |
| Email: stephen.fishbein@shearman.com | jjpastore@debevoise.com |
| john.nathanson@shearman.com | mkbannigan@debevoise.com |
| christopher.lavigne@shearman.com | wbreilly@debevoise.com |
| benjamin.klebanoff@shearman.com | bfetzer@debevoise.com |
| *Attorneys for SS&C Technologies Holdings, Inc. and Advent Software, Inc.* | *Attorneys for Arcesium LLC* |

**Application GRANTED. The status conference previously scheduled for May 25, 2023 is hereby adjourned to Wednesday, May 31, 2023 at 2:00 p.m. The parties' joint conference agenda is due May 29, 2023.**

**SO ORDERED.**

_____
Ona T. Wang          4/28/23
U.S.M.J.

AMERICAS/2023804277.1                    1