**BY ECF**                                                                                                              May 5, 2023

Hon. Timothy M. Reif
1 Federal Plaza
New York, New York 10278

Hon. Ona T. Wang
500 Pearl Street
New York, New York 10007

      Re:    *SS&C Technologies Holdings, Inc. and Advent Software Inc. v. Arcesium LLC*, **No. 1:22-cv-02009-TMR-OTW—Sealing Motions ECF Nos. 18, 52, 61, and 66**

Dear Judge Reif and Judge Wang:

Pursuant to the Court's request at the April 5, 2023 status conference, Plaintiffs/Counterclaim-Defendants, SS&C Technologies Holdings, Inc. and Advent Software Inc. (together, "SS&C") and Defendant/Counterclaim-Plaintiff, Arcesium LLC ("Arcesium"), respectfully submit this letter advising the Court of pending sealing motions.

The parties respectfully note that the following sealing motions remain pending:

- Letter motion to seal Arcesium's initial motion to dismiss, originally directed to Judge Caproni (ECF No. 18)

- Letter motion to seal SS&C's letter motion for a conference filed on June 29, 2022, directed to Judge Wang (ECF No. 52)

- Letter motion to seal SS&C's motion to dismiss Arcesium's counterclaims, originally directed to Judge Caproni (ECF No. 61)

- Letter motion to seal SS&C's July 8, 2022 letter, directed to Judge Wang (ECF No. 66)

All other sealing requests have been granted by the Court. *See* ECF Nos. 38, 94, 107, 117, 120, 127, 134, and 140.

For the reasons stated in those respective submissions, the parties respectfully request that each pending sealing request be granted. The pending sealing motions all request sealing information the Court has previously authorized be filed under seal. *E.g.*, ECF Nos. 94, 140. The parties are available to provide any additional information required by the Court.

Hon. Timothy M. Reif  May 5, 2023
Hon. Ona T. Wang

Respectfully submitted,

| | |
|---|---|
| */s/ Stephen R. Fishbein* | */s/ James J. Pastore* |
| Stephen R. Fishbein | James J. Pastore |
| John A. Nathanson | Megan K. Bannigan |
| Christopher L. LaVigne | Wendy B. Reilly |
| Benjamin Klebanoff | Brandon Fetzer |
| SHEARMAN & STERLING LLP | DEBEVOISE & PLIMPTON LLP |
| 599 Lexington Avenue | 66 Hudson Boulevard |
| New York, NY 10022-6069 | New York, NY 10001 |
| Telephone: (212) 848-4000 | (212) 909-6000 |
| Email: stephen.fishbein@shearman.com | jjpastore@debevoise.com |
| john.nathanson@shearman.com | mkbannigan@debevoise.com |
| christopher.lavigne@shearman.com | wbreilly@debevoise.com |
| benjamin.klebanoff@shearman.com | bfetzer@debevoise.com |
| *Attorneys for SS&C Technologies Holdings, Inc. and Advent Software, Inc.* | *Attorneys for Arcesium LLC* |

For the reasons stated in the letter above, parties' pending motions to seal in ECF No. 18 and ECF No. 61 are hereby granted.

SO ORDERED     DATE  May 23, 2023

*Timothy Reif*

TIMOTHY M. REIF, JUDGE
UNITED STATES COURT OF
INTERNATIONAL TRADE
*SITTING BY DESIGNATION*
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
NEW YORK