**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
SS&C TECHNOLOGIES HOLDINGS, INC., et al.,   :
                                            :
                Plaintiffs,                 :     22-CV-2009 (TMR) (OTW)
                                            :
        -against-                           :     ORDER
                                            :
ARCESIUM LLC,                               :
                                            :
                Defendant.                  :
                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

The Court held an in-person status conference in this matter on May 31, 2023.

The fact discovery deadline is extended to December 19, 2023. The expert discovery deadline is extended to May 1, 2024.

The parties shall file their supplemental letter briefing (not to exceed three pages) on the question of Arcesium's responsiveness redactions by **June 15, 2023, at 2:00 p.m.**

The Court will hold a status conference in this matter on **Tuesday, July 18, 2023, at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Dated:  May 31, 2023
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge