**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
SS&C TECHNOLOGIES HOLDINGS, INC., et al.,

                Plaintiffs,

                -against-

ARCESIUM LLC,

                Defendant.

------------------------------------------------------------x

22-CV-2009 (VEC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

The Court is in receipt of ECF 162. The Parties are directed to file a joint proposed agenda for the Tuesday, July 18, 2023, status conference **by Wednesday, July 12, 2023**.

**SO ORDERED.**

Dated: July 5, 2023
      New York, New York

                                        *s/ Ona T. Wang*
                                         **Ona T. Wang**
                              United States Magistrate Judge