**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
SS&C TECHNOLOGIES HOLDINGS, INC., et al.,  :
                                           :
                    Plaintiffs,            :        22-CV-2009 (TMR) (OTW)
                                           :
              -against-                    :        **ORDER**
                                           :
ARCESIUM LLC,                              :
                                           :
                    Defendant.             :
                                           :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court held an in-person status conference in this matter on July 18, 2023.

As discussed at the conference, the parties are directed to meet and confer regarding the clawback and deposition scope issues and inform the Court **by Friday, July 21, 2023**, whether they have resolved the disputes or need to brief the two issues. If they choose to brief the issues, the parties shall file their supplemental letter briefing (not to exceed five pages) **by Wednesday, July 26, 2023**, and replies, if any, **by Friday, July 28, 2023** (not to exceed two pages). The parties shall propose a date for a status conference in September or October 2023.

As ordered on the record, Plaintiff's motion for publicly available documents on which Defense counsel will rely for purposes of depositions is **DENIED without prejudice to renewal**.

The parties are further directed to inform the court **by Friday, July 28, 2023**, whether they've resolved the "sandbox issue" as discussed at the conference.

The parties are directed to refer to the transcript of the July 18, 2023, status conference for additional details on the Court's rulings.

**SO ORDERED.**

Dated:  July 18, 2023
        New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge