**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
SS&C TECHNOLOGIES HOLDINGS, INC., et al.,  :
:
                Plaintiffs,  :      22-CV-2009 (TMR) (OTW)
:
           -against-  :      **ORDER**
:
ARCESIUM LLC,  :
:
                Defendant.  :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court held an in-person status conference in this matter on September 12, 2023. As discussed at the conference, the parties are directed to meet and confer regarding the privilege log issue, resolve as much as possible **by September 26, 2023**, and address in their **September 29, 2023**, joint status letter what remaining issues, if any, may need briefing. The parties are cautioned that if they proceed with briefing, I **will** apportion fees and costs under Fed. R. Civ. P. 37(a)(5). In their letter, the parties are further directed to address: (1) progress regarding the additional trade secret specificity issue, and (2) any outstanding discovery issues that are ripe for Court intervention.

The Court will hold an in-person status conference in this matter on **Wednesday, October 11, 2023, at 3:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties shall submit a joint proposed conference agenda by **Monday, October 9, 2023**.

The parties are directed to refer to the transcript of the September 12, 2023, status conference for additional details on the Court's rulings.

**SO ORDERED.**

Dated: September 12, 2023
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge