**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
SS&C TECHNOLOGIES HOLDINGS, INC., et al., :
:
                Plaintiffs, :                22-CV-2009 (TMR) (OTW)
:
                -against- :                **ORDER**
:
ARCESIUM LLC, :
:
                Defendant. :
------------------------------------------------------------x

       **ONA T. WANG**, **United States Magistrate Judge:**

       The Court held an in-person status conference in this matter on December 5, 2023, during which the Court made rulings on the record. Discovery in this case is hereby **STAYED until Tuesday, January 16, 2024**. The parties are directed to file a letter **by Friday, December 8, 2023,** proposing page limits and timing for letter briefs addressing what the parties may view as a ripe motion for summary judgment, and what **limited** discovery, if any, might be necessary to get there. Page limits should be exclusive of exhibits. Exhibits may be sealed.

       The monthly status letter for December is **ADJOURNED**. The parties are directed to refer to the transcript of the December 5, 2023, status conference for additional details on the Court's rulings.

       **SO ORDERED.**

                                                                *s/ Ona T. Wang*
Dated:  December 6, 2023                                   **Ona T. Wang**
        New York, New York                      United States Magistrate Judge