UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SS&C TECHNOLOGIES HOLDINGS, INC. AND ADVENT SOFTWARE, INC.,**<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>**ARCESIUM LLC,**<br><br>Defendant/Counterclaim Plaintiff. | 22-CV-02009 (TMR-OTW)<br><br>**ORDER** |

<u>Timothy M. Reif, Judge, United States Court of International Trade:</u>

The Court having determined that transparency to the public requires its decisions to contain as much public information as possible, it is hereby

**ORDERED** that on or before December 19, 2024, the parties will meet and confer and provide a joint letter to the Court as to whether any information that was sealed in the Amended Complaint, filed at ECF No. 36, or Exhibits 11 and 16 to the Fetzer Declaration in Support of Arcesium's Motion to Dismiss, filed at ECF Nos. 42-3 and 42-8, respectively, should continue to be sealed. If there is information in the Amended Complaint or the above-referenced Exhibits that the parties wish to keep sealed, such information shall be specifically indicated with page references to the information along with specific justification for the continued sealing of each piece of information.

**SO ORDERED.**

Dated: <u>December 12, 2024</u>
      New York, New York

<u>/s/ Timothy M. Reif</u>
Timothy M. Reif, Judge
United States Court of International Trade
*Sitting by Designation*
United States District Court for the
Southern District of New York