**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
SS&C TECHNOLOGIES HOLDINGS, INC.
and ADVENT SOFTWARE, INC.,

                              Plaintiffs,

              -against-

ARCESIUM LLC,

                       Defendant.
--------------------------------------------------------------------X
 ARCESIUM LLC,

                Counterclaim-Plaintiff,        22 **CIVIL** 2009 (TMR)(OTW)

             -against-                                 **JUDGMENT**

SS&C TECHNOLOGIES HOLDINGS, INC.
and ADVENT SOFTWARE, INC.,

                Counterclaim-Defendants.
--------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion & Order dated December 20, 2024, defendant's motion to dismiss and

plaintiff's motion to dismiss counterclaims are GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
       December 20, 2024

                                        **TAMMI M. HELLWIG**

                                        **Clerk of Court**
                   **BY:**       K. Mango

                                        **Deputy Clerk**