

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

February 12, 2025

**BY ECF**

Hon. Timothy M. Reif
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

>        Re:    ***SS&C Technologies Holdings, Inc. and Advent Software, Inc. v. Arcesium LLC***,
>               **No. 1:22-cv-02009-TMR-OTW**

Dear Judge Reif:

Arcesium LLC ("Arcesium") respectfully submits this letter in connection with its opposition (the "Opposition") to SS&C's Motion to Vacate the Judgment and Allow the Proposed Second Amended Complaint (ECF No. 284).  Consistent with the Court's order granting SS&C's request to file its proposed second amended complaint and attached exhibits under seal, *see* ECF No. 290, Arcesium has redacted certain references to these same documents in the Opposition.  SS&C has confirmed that it maintains its request for these references to be redacted.  Arcesium includes these redactions without prejudice to its position that no redactions should be necessary.  *See* ECF No. 283 at 1.

Accordingly, Arcesium respectfully submits this request to file the Opposition with redactions on the public docket and the unredacted version under seal.  SS&C joins this request.

Respectfully submitted,

DEBEVOISE & PLIMPTON LLP

SO ORDERED          DATE  February 14, 2025

*Timothy Reif*
_____
TIMOTHY M. REIF, JUDGE,
UNITED STATES COURT OF
INTERNATIONAL TRADE
*SITTING BY DESIGNATION*
UNITED STATES DISTRICT
COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK

  /s/ James J. Pastore
_____
Mark P. Goodman
James J. Pastore
Megan K. Bannigan
Wendy B. Reilly
Brandon Fetzer
Alessandra G. Masciandaro
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
mpgoodman@debevoise.com
jjpastore@debevoise.com
mkbannigan@debevoise.com
wbreilly@debevoise.com
bfetzer@debevoise.com
amasciandaro@debevoise.com