UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SS&C TECHNOLOGIES HOLDINGS, INC. AND ADVENT SOFTWARE, INC.,**<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>**ARCESIUM LLC,**<br><br>Defendant/Counterclaim Plaintiff. | 22-CV-02009 (TMR-OTW)<br><br>**ORDER** |

<u>Timothy M. Reif, Judge, United States Court of International Trade:</u>

In acknowledgment of the Supreme Court's decision in *BLOM Bank SAL v. Honickman*, No. 23-1259, 2025 WL 1583305 (U.S. June 5, 2025), it is hereby

**ORDERED** that on or before June 26, 2025, the parties may file supplemental briefing addressing the following questions: (1) How the Supreme Court's decision in *BLOM Bank SAL* affects the legal framework for vacating a dismissal to allow amendment of a complaint; (2) how the post-*BLOM Bank SAL* legal framework applies to the specific facts of this case.  Supplemental briefs should not repeat or restate arguments already presented in parties' prior briefing regarding the motion to vacate.

The briefs are to be filed with the Clerk on or before 5:00pm EST, Thursday, June 26, 2025.  The briefs are to be limited to 5,000 words.

SO ORDERED.

Dated: <u>June 12, 2025</u>
   New York, New York

<u>/s/ Timothy M. Reif</u>
Timothy M. Reif, Judge
United States Court of International Trade
*Sitting by Designation*
United States District Court for the
Southern District of New York